26, 1924, but this did not end the term (*People ex rel. Whitman* v. *Woodward*, 150 App. Div. 180), and it may be deemed as continued. (*People ex rel. Sherman* v. *Adjourned Special Term of Orange County*, 206 App. Div. 799, decided by this court August 13, 1923; *Saranac Land & Timber Co.* v. *Roberts*, 227 N. Y. 188, 194.) Assuming that this court possesses the authority, we are of opinion that it ought not, under the circumstances here shown, to grant motions of this character which would disturb the orderly procedure of the criminal courts. It may be that the learned trial justice will hesitate to preside at the trial of the indictments in the case at bar, but that is for his determination. (See *Cooke* v. *United States*, 267 U. S. 517, 539.) An appellate court in reviewing judgments will always pass upon the conduct of the trial, and if it reaches the conclusion that the accused has not had his day in court, will find a way to correct the error. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ETHEL G. LAWRENCE, Appellant, v. JOHN CAMPBELL LAWRENCE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

PELLEGRINO LEO, as Administrator, etc., of JAMES LEO, Deceased, Respondent, v. UNDERTAKERS' TRANSFER & EXPRESS, INC., and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

PELLEGRINO LEO, as Administrator, etc., of JAMES LEO, Deceased, Respondent, v. UNDERTAKERS' TRANSFER & EXPRESS, INC., and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOSEPH LO TUFO, Appellant, v. VALENTINE BANGERT, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LELAND H. LYON, Appellant, v. THEODATE POPE RIDDLE, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied on the ground that such leave is unnecessary. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ROBERT J. MACHER, Respondent, v. AMERICAN STANDARD WATCH CASE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MANUFACTURERS TRUST COMPANY and Another, as Administrators, etc., of SAMUEL KRAUS, Deceased, Appellants, v. UNITED STATES MORTGAGE AND TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ANTONINO MARCIANTI, Respondent, v. TOMPKINS BUS CORPORATION, Appellant. — Motion for stay granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.